# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00051-CR

**Charles W. Bishop II, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-07-205737, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Charles Bishop, acting pro se, seeks to appeal an agreed order finding him incompetent to stand trial and committing him for further examination and treatment. *See* Tex. Code Crim. Proc. Ann. art. 46B.005 (West 2006). The order, signed November 9, 2007, reflects that Bishop is represented by counsel.

No interlocutory appeal may be taken from an order under article 46B.005. *Id*. art. 46B.011. The appeal is dismissed.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: March 14, 2008

Do Not Publish